AO 450 (Rev. 10/09) Judgment in a Civil Action



UNITED STATED DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

DONALD TERRY OBERLOH           )
                               )
        Plaintiff(s)           )
                               )
            V.                 )     Civil Action No.   3:12CV174
                               )
CITY OF MISHAWAKA INDIANA,     )
                               )
CORY HAMEL (termed 4/23/2012), )
                               )
DAVE WOOD Mayor in his official capacity, )
                               )
GARY WEST City Planner in his official capacity )
                               )
        Defendant(s)           )

AMENDED

# JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff(s) _____ recover from the defendant(s) _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus postjudgment interest at the rate of _____%, along with costs.

☐ the plaintiff(s) recover nothing, the action to be dismissed on the merits, and the defendant(s) _____ recover costs from the plaintiff(s) _____.

☒ other:   Judgment is entered in favor of defendants, City of Mishawaka Indiana, Dave Wood, and Gary West, and against plaintiff, in the amount of Nine Thousand, five hundred and nine dollars and fifty cents ($9,509.50).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge   James T. Moody   on a motion for _____

| | |
|---|---|
| Date   May 09, 2014 | *CLERK OF COURT* |
| | s/KSchwenk |
| | *Signature of Clerk or Deputy Clerk* |